UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JULIAN PERDOMO, on behalf of himself, :
FLSA collective plaintiffs, and the class, :
                  Plaintiff, :
                              :     **ORDER**
v.                                            :
                                           :     18 CV 9860 (VB)
113-117 REALTY, LLC, DIRECT :
PROPERTY MANAGEMENT, LLC, and :
LAWRENCE MAROLDA, :
                 Defendants. :
--------------------------------------------------------------x

      On February 6, 2020, the Court referred the parties to the Court-annexed Mediation Program. (Doc. #58). On July 21, 2020, the mediator reported to the Clerk of Court informing the Court that the parties reached agreement on all issues. On the same day, plaintiff's counsel wrote to the Court requesting "two weeks to allow the parties the opportunity to resolve outstanding issues." (Doc. #60).

      To date, no party has informed the Court whether remaining issues have been resolved, or whether the case is proceeding.

      Accordingly, it is hereby ORDERED that **by November 12, 2020**, the parties shall file a joint letter on the docket regarding the status of settlement. The parties shall further indicate whether they wish to proceed with the case management conference currently scheduled for November 16, 2020 at 9:30 a.m.

      With respect to the case management conference scheduled for November 16, 2020, at 9:30 a.m., that conference will take place telephonically, if at all. If the conference proceeds as

scheduled, counsel for all parties shall attend by calling the following number and entering the access code when requested:

**Number:** (888) 363-4749 (toll-free) **or** (215) 446-3662

**Access Code:** 1703567

Dated: November 5, 2020
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge